UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY EARL EMERY, | ) | CASE NO. CV 11-7338-PSG (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| MATTHEW CATE, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: <u>October 22, 2013</u>.

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd